UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARINA JIMENEZ SANTIAGO,

    Petitioner,

v.                                                           Case No. 26-cv-10253
                                                         HON. MARK A. GOLDSMITH

KEVIN RAYCRAFT, et al.,

    Respondents.
_____/

### ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

On the Court's own motion, the parties are required to file briefs within 14-days addressing whether this case should be transferred to the United States District Court for the Northern District of Ohio for the reasons set out in recent decisions of this Court. See Hernandez Sarmiento v. Raycraft et al., 25-cv-13486 (Dkt. 11) and Quintero-Martinez v. Raycraft et al., 25-cv-13536 (Dkt. 9).

**SO ORDERED.**

Dated: January 29, 2026                             s/Mark A. Goldsmith
Detroit, Michigan                                   MARK A. GOLDSMITH
                                                     United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on January 29, 2026.

                                                                   s/Joseph Heacox
                                                                    JOSEPH HEACOX
                                                                    Case Manager